FILED
JUN 29 2021 VCC
Nathan Ochsner, Clerk
Laredo Division

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | CRIMINAL NO. **L-21-1261** |
| v. | § § | |
| FABIAN HERNANDEZ<br>EMMANUEL FERRAL-TONCHE | § § § | **MGM** |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

On or about **June 9, 2021**, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**FABIAN HERNANDEZ and
EMMANUEL FERRAL-TONCHE,**

did knowingly conspire and agree with each other and with other persons known and unknown to the grand jurors, to transport and move and attempt to transport and move within the United States by means of transportation and otherwise, an alien who had come to, entered, and remained in the United States in violation of law, in furtherance of such violation and resulting in the death of any person, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(I) and (B)(iv).

### COUNT TWO

On or about **June 9, 2021**, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**FABIAN HERNANDEZ and
EMMANUEL FERRAL-TONCHE,**

knowing and in reckless disregard of the fact that LUCIO FUENTES-COLORADO, was an alien who had come to, entered, and remained in the United States in violation of law, did transport and move and attempt to transport and move such alien, within the United States, by means of transportation and otherwise, in furtherance of such violation of law, for the purpose of commercial

advantage and private financial gain and resulting in the death of any person, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (B)(iv).

## COUNT THREE

On or about **June 9, 2021**, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**FABIAN HERNANDEZ and
EMMANUEL FERRAL-TONCHE,**

knowing and in reckless disregard of the fact that RUBEN TEXIS-NAVA, was an alien who had come to, entered, and remained in the United States in violation of law, did transport and move and attempt to transport and move such alien, within the United States, by means of transportation and otherwise, in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain and resulting in the death of any person, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (B)(iv).

## COUNT FOUR

On or about **June 9, 2021**, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**FABIAN HERNANDEZ and
EMMANUEL FERRAL-TONCHE,**

knowing and in reckless disregard of the fact that VERONICA ADRIANA SABINO-MIRANDA, was an alien who had come to, entered, and remained in the United States in violation of law, did transport and move and attempt to transport and move such alien, within the United States, by means of transportation and otherwise, in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain and resulting in the death of any person, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (B)(iv).

## COUNT FIVE

On or about **June 9, 2021**, in the Southern District of Texas and within the jurisdiction of

the Court, Defendants,

**FABIAN HERNANDEZ and**
**EMMANUEL FERRAL-TONCHE,**

knowing and in reckless disregard of the fact that AMERICA SABINO-MIRANDA, was an alien who had come to, entered, and remained in the United States in violation of law, did transport and move and attempt to transport and move such alien, within the United States, by means of transportation and otherwise, in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain and resulting in the death of any person, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (B)(iv).

### COUNT SIX

On or about **June 9, 2021**, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**FABIAN HERNANDEZ and**
**EMMANUEL FERRAL-TONCHE,**

did knowingly conspire and agree with each other and with other persons known and unknown to the grand jurors, to transport and move and attempt to transport and move within the United States by means of transportation and otherwise, an alien who had come to, entered, and remained in the United States in violation of law, in furtherance of such violation and during and in relation to which caused serious bodily injury to, and placed in jeopardy the life of, any person, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(I), and (B)(iv) or (iii).

### COUNT SEVEN

On or about **June 9, 2021**, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**FABIAN HERNANDEZ and**
**EMMANUEL FERRAL-TONCHE,**

knowing and in reckless disregard of the fact that LUCIO FUENTES-COLORADO, was an alien

who had come to, entered, and remained in the United States in violation of law, did transport and move and attempt to transport and move such alien, within the United States, by means of transportation and otherwise, in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain and during and in relation to which caused serious bodily injury to, and placed in jeopardy the life of, any person, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (B)(iv) or (iii).

## COUNT EIGHT

On or about **June 9, 2021**, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**FABIAN HERNANDEZ and
EMMANUEL FERRAL-TONCHE,**

knowing and in reckless disregard of the fact that RUBEN TEXIS-NAVA, was an alien who had come to, entered, and remained in the United States in violation of law, did transport and move and attempt to transport and move such alien, within the United States, by means of transportation and otherwise, in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain and during and in relation to which caused serious bodily injury to, and placed in jeopardy the life of, any person, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (B)(iv) or (iii).

## COUNT NINE

On or about **June 9, 2021**, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**FABIAN HERNANDEZ and
EMMANUEL FERRAL-TONCHE,**

knowing and in reckless disregard of the fact that VERONICA ADRIANA SABINO-MIRANDA, was an alien who had come to, entered, and remained in the United States in violation of law, did transport and move and attempt to transport and move such alien, within the United States, by

means of transportation and otherwise, in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain and during and in relation to which caused serious bodily injury to, and placed in jeopardy the life of, any person, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (B)(iv) or (iii).

### COUNT TEN

On or about **June 9, 2021**, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**FABIAN HERNANDEZ and
EMMANUEL FERRAL-TONCHE,**

knowing and in reckless disregard of the fact that AMERICA SABINO-MIRANDA, was an alien who had come to, entered, and remained in the United States in violation of law, did transport and move and attempt to transport and move such alien, within the United States, by means of transportation and otherwise, in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain and during and in relation to which caused serious bodily injury to, and placed in jeopardy the life of, any person, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (B)(iv) or (iii).

### COUNT ELEVEN

On or about **June 9, 2021**, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**FABIAN HERNANDEZ and
EMMANUEL FERRAL-TONCHE,**

did knowingly conspire and agree with each other and with other persons known and unknown to the grand jurors, to transport and move and attempt to transport and move within the United States by means of transportation and otherwise, an alien who had come to, entered, and remained in the United States in violation of law, in furtherance of such violation, in violation of Title 8, United States Code, Section 1324 (a)(1)(A)(ii) and (v)(I).

## COUNT TWELVE

On or about **June 9, 2021**, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**FABIAN HERNANDEZ and
EMMANUEL FERRAL-TONCHE,**

knowing and in reckless disregard of the fact that LUCIO FUENTES-COLORADO, was an alien who had come to, entered, and remained in the United States in violation of law, did transport and move and attempt to transport and move such alien, within the United States, by means of transportation and otherwise, in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

## COUNT THIRTEEN

On or about **June 9, 2021**, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**FABIAN HERNANDEZ and
EMMANUEL FERRAL-TONCHE,**

knowing and in reckless disregard of the fact that RUBEN TEXIS-NAVA, was an alien who had come to, entered, and remained in the United States in violation of law, did transport and move and attempt to transport and move such alien, within the United States, by means of transportation and otherwise, in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

## COUNT FOURTEEN

On or about **June 9, 2021**, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**FABIAN HERNANDEZ and
EMMANUEL FERRAL-TONCHE,**

knowing and in reckless disregard of the fact that VERONICA ADRIANA SABINO-MIRANDA, was an alien who had come to, entered, and remained in the United States in violation of law, did transport and move and attempt to transport and move such alien, within the United States, by means of transportation and otherwise, in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

## COUNT FIFTEEN

On or about **June 9, 2021**, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**FABIAN HERNANDEZ and
EMMANUEL FERRAL-TONCHE,**

knowing and in reckless disregard of the fact that AMERICA SABINO-MIRANDA, was an alien who had come to, entered, and remained in the United States in violation of law, did transport and move and attempt to transport and move such alien, within the United States, by means of transportation and otherwise, in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

A TRUE BILL:

**ORIGINAL SIGNATURE ON FILE**

JENNIFER B. LOWERY
ACTING UNITED STATES ATTORNEY

/Francisco J. Rodriguez
Assistant United States Attorney

7

USA-74-24b
(Rev. 6-1-71)

CRIMINAL DOCKET **L-21-1261**
NO.

__LAREDO__ DIVISION

FILE: 21-04733     MAG#: 21-01428
INDICTMENT     Filed: June 29, 2021     Judge:_____

ATTORNEYS:

UNITED STATES OF AMERICA

JENNIFER B. LOWERY, ACTING USA
VS.     FRANCISCO J. RODRIGUEZ, AUSA

**FABIAN HERNANDEZ**
**EMMANUEL FERRAL-TONCHE**

**CHARGES:**

| | |
|---|---|
| Count 1: | Conspiracy to transport an undocumented alien within the United States resulting in death.<br>[8 USC 1324(a)(1)(A)(ii) and (v)(I), & (B)(iv)] |
| Counts 2-5: | Transport and Attempt to transport an undocumented alien within the United States for financial gain, resulting in death<br>[8 USC 1324(a)(1)(A)(ii) and (B)(iv)] |
| Count 6: | Conspiracy to transport an undocumented alien within the United States, causing serious bodily injury or placing another in jeopardy of life<br>[8 USC 1324(a)(1)(A)(ii) and (v)(I), and (B)(iv) or (iii)] |
| Counts 7-10: | Transport and Attempt to transport an undocumented alien within the United States for financial gain, causing serious bodily injury or placing another in jeopardy of life<br>[8 USC 1324(a)(1)(A)(ii) and (B)(iv) or (iii)] |
| Count 11: | Conspiracy to transport an undocumented alien within the United States<br>[8 USC 1324 (a)(1)(A)(ii) and (v)(I)] |
| Counts 12-15: | Transport and Attempt to transport an undocumented alien within the United States for financial gain<br>[8 USC 1324(a)(1)(A)(ii)] |

**TOTAL COUNTS: 15**

**PENALTY:**

| | |
|---|---|
| Counts 1-5: | Death or Up to Life Imprisonment and/or $250,000.00 Fine, $100 Special Assessment, $5,000 Special Assessment, not more than a five (5)- year term of supervised release [Each Count] |
| Counts 6-10: | Not more than 20 Years and/or $250,000.00, $100 Special Assessment, $5,000 Special Assessment, Not More Than a 3Year Term of Supervised Release |
| Counts 11-15: | 0 to 10 years and/or $250,000 Fine, $100 special assessment, $5,000 special assessment, not more than a three (3)-year term of supervised release [Each Count] |

In Jail:

On Bond:

Name & Address of Surety:

No Arrest: